```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX064217
Cashier ID: mf
Transaction Date: 08/15/2014
Payer Name: ROBERT C BLUME
--------------------------------
CIVIL FILING FEE
 For: ROBERT C BLUME
 Amount:        $400.00
--------------------------------
CREDIT CARD
 Amt Tendered: $400.00
--------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:       $0.00

14-CV-02268

A fee of $53.00 will be assessed on
any returned check.
```