IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02268-KLM

COMCAST SPORTSNET CALIFORNIA, LLC, formerly known as Comcast Sportsnet West, Inc.,
COMCAST SPORTSNET MID-ATLANTIC, L.P.,
COMCAST SPORTSNET CHICAGO, LLC, and
SPORTSCHANNEL PACIFIC ASSOCIATES,

    Plaintiffs,

v.

DISH NETWORK L.L.C.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate and Reset Scheduling Conference** [#55] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 7, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **January 22, 2015 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.[1]

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **January 15, 2015**.

    Dated: December 18, 2014

---

[1] The Court has no available settings on the dates requested by the parties.